IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 FEB 15 PM 4:03

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 12-310 RB |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy |
| ) | |
| **ENRIQUE ARBALLO-TALAMANTES** ) | Count 2: 21 U.S.C. §§ 841(a)(1) and |
| and **JESUS IGNACIO TALAMANTES-** ) | (b)(1)(A): Possession With Intent to |
| **CORONADO,** ) | Distribute 1 Kilogram and More of Heroin; |
| ) | 18 U.S.C. § 2: Aiding and Abetting |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

From on or about July 20, 2011 and continuing to on or about July 26, 2011, in Doña Ana County, in the District of New Mexico, the defendants, **ENRIQUE ARBALLO-TALAMANTES** and **JESUS IGNACIO TALAMANTES-CORONADO**, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other and other persons whose names are known and unknown to the Grand Jury to commit the following offense against the United States, to wit: possession with intent to distribute a controlled substance, 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

In violation of 21 U.S.C. § 846.

### Count 2

On or about July 26, 2011, in Doña Ana County, in the District of New Mexico, the defendant, **ENRIQUE ARBALLO-TALAMANTES**, unlawfully, knowingly and intentionally

possessed with intent to distribute a controlled substance, 1 kilogram and more of a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
02/10/12 11:38am